UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LANCE & DON LANCE, | No. 2:15-cv-0341-GEB-KJN PS |
| Plaintiffs, | |
| v. | ORDER AND |
| COMMERCE TRUST COMPANY, et al., | ORDER TO SHOW CAUSE |
| Defendants. | |

On April 3, 2015, the court dismissed plaintiffs' original complaint with leave to amend. (ECF No. 14.) In that order, the court granted plaintiffs 28 days to either (a) file a first amended complaint or (b) file a notice of voluntary dismissal of the action without prejudice. (Id.) Plaintiffs were cautioned that failure to file either a first amended complaint or a notice of voluntary dismissal by the required deadline may result in dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). (Id.) Although the applicable deadline has now passed, the court's records indicate that plaintiffs failed to file either a first amended complaint or a notice of voluntary dismissal. Furthermore, plaintiffs have not requested an extension of time to comply with the court's order.

The court has carefully considered whether the action should be dismissed at this juncture. Nevertheless, in light of plaintiffs' *pro se* status and the court's desire to resolve the action on the

1

merits, the court first attempts lesser sanctions in the form of an order to show cause and monetary sanctions, as outlined below.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days of this order, plaintiffs shall pay to the Clerk of Court $150.00 in monetary sanctions based on plaintiffs' failure to comply with the court's order and failure to prosecute their case.

2. Within 21 days of this order, plaintiffs shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for plaintiffs' failure to comply with the court's order and failure to prosecute their case.

3. Within 21 days of this order, plaintiffs shall file a first amended complaint that complies with the court's April 3, 2015 order.

4. Failure to timely comply with this order will result in a recommendation that the action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

5. Alternatively, if plaintiffs conclude that they no longer wish to pursue the action in federal court at this time, they may instead file a notice of voluntary dismissal of the action without prejudice in lieu of paying the sanctions, responding to the order to show cause, and filing a first amended complaint, as outlined above.

6. The Clerk of Court shall serve another copy of the court's prior April 3, 2015 order on plaintiffs along with this order.

7. The June 25, 2015 status conference in this matter is vacated, subject to rescheduling at a later juncture, if appropriate.

IT IS SO ORDERED.

Dated:  May 7, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE